# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GEORGE ANDREW GRIFFITH,**

    **Plaintiff,**

v.                                    Case No. 4:19cv12-MW/CAS

**TALLAHASSEE POLICE DEPT.,**
**et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with a Court order." The Clerk shall close the file.

**SO ORDERED on April 16, 2019.**

                                                      **s/ MARK E. WALKER**
                                                      **Chief United States District Judge**